B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Randall M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1920** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1423 Brassie**<br>**Flossmoor, IL**<br>ZIP Code **60422** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smith, Randall M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Smith, Randall M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randall M. Smith**
Signature of Debtor  **Randall M. Smith**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 15, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road
Suite 224
Northbrook, IL 60062**

Address

              **Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**May 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Randall M. Smith**                                                   Case No.
                                      Debtor(s)                                Chapter   **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Randall M. Smith**
**Randall M. Smith**

Date:  **May 15, 2011**

Certificate Number: 00555-ILN-CC-014104253



00555-ILN-CC-014104253

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 7, 2011</u>, at <u>11:27</u> o'clock <u>AM EST</u>, <u>Randall Smith</u> received from <u>Advisory Credit Management, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>March 7, 2011</u>              By:    <u>/s/Bill Kelly</u>

                                          Name:   <u>Bill Kelly</u>

                                          Title:  <u>Counseling Supervisor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Randall M. Smith**                                                                      Case No.
                                                    Debtor(s)                                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank Of America** PO Box 17054 Wilmington, DE 19850 | **Bank Of America** PO Box 17054 Wilmington, DE 19850 | **CheckCreditOrLineOfCredit** | **Disputed** | **27,604.00** |
| **Bank of America** PO Box 25118 Tampa, FL 33622-5118 | **Bank of America** PO Box 25118 Tampa, FL 33622-5118 | **Other Loan** business loan | **Disputed** | **27,135.00** |
| **Bank Of America** Po Box 17054 Wilmington, DE 19850 | **Bank Of America** Po Box 17054 Wilmington, DE 19850 | **CreditCard** | | **2,572.00** |
| **Bank Of America** www.fiacards.com Chi, IL 60601 | **Bank Of America** www.fiacards.com Chi, IL 60601 | **Other Loan** Business Loan | | **2,500.00** |
| **Citibank Sd, Na** Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | **Citibank Sd, Na** Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | **CreditCard** | | **2,024.00** |
| **City Ntl Bk** Attn: Bankruptcy Po Box 785057 Orlando, FL 32878 | **City Ntl Bk** Attn: Bankruptcy Po Box 785057 Orlando, FL 32878 | | **Disputed** | **150,683.00** (800,000.00 secured) (820,887.00 senior lien) |
| **City of Calumet City** 204 Pulaski Road P.O. Box 1519 Calumet City, IL 60409 | **City of Calumet City** 204 Pulaski Road P.O. Box 1519 Calumet City, IL 60409 | **Other Lawsuit** Water bill | | **825.00** |
| **City of Chi. Streets and Sanitation** 121 North LaSalle Street Room 700 Chicago, IL 60602 | **City of Chi. Streets and Sanitation** 121 North LaSalle Street Room 700 Chicago, IL 60602 | **Other Lawsuit** Administrative Judgment | | **1,042.00** |
| **City of Chic/Dep. of Adm. Hearings** 400 West Superior Street Chicago, IL 60654-3409 | **City of Chic/Dep. of Adm. Hearings** 400 West Superior Street Chicago, IL 60654-3409 | **Other Lawsuit** Uncoverd Garbage | | **840.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Randall M. Smith**                                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **City Of Chicago Water Dept.** 333 S. State Street Suite LL10 Chicago, IL 60602 | **City Of Chicago Water Dept.** 333 S. State Street Suite LL10 Chicago, IL 60602 | **Other Lawsuit** Water bill | | **1,500.00** |
| **Cook county treasurer** Chase Bank Chi, IL 60601 | **Cook county treasurer** Chase Bank Chi, IL 60601 | **Residence: two story Location: 1423 Brassie, Flossmoor IL 60422** | | **11,679.00** (800,000.00 secured) (971,570.00 senior lien) |
| **Cook county treasurer** 118 North Clark Street Suite 112 Chicago, IL 60602 | **Cook county treasurer** 118 North Clark Street Suite 112 Chicago, IL 60602 | **Residence: two story Location: 1423 Brassie, Flossmoor IL 60422** | | **10,500.00** (800,000.00 secured) (983,249.00 senior lien) |
| **Ford Motor Credit Corporation** National Bankruptcy Service Center Po Box 537901 Livonia, MI 48153 | **Ford Motor Credit Corporation** National Bankruptcy Service Center Po Box 537901 Livonia, MI 48153 | **Ford Focus - 2009 - 81,000 miles - good condition Location: 1423 Brassie, Flossmoor IL 60422** | | **10,881.00** (0.00 secured) |
| **Heller and Frisone, LTD.** 33 North lasalle St. Suite 1200 Chicago, IL 60602 | **Heller and Frisone, LTD.** 33 North lasalle St. Suite 1200 Chicago, IL 60602 | **Other Lawsuit** Water bill on 7625 -27 Yates | | **1,500.00** |
| **Macys** 111 S. State Street Chicago, IL 60601 | **Macys** 111 S. State Street Chicago, IL 60601 | | | **5,000.00** |
| **Macys/fdsb** Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | **Macys/fdsb** Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | **ChargeAccount** | | **3,640.00** |
| **Ocwen** P.O. Box 6440 Coral Sream, IL 60197-6440 | **Ocwen** P.O. Box 6440 Coral Sream, IL 60197-6440 | **Residence: two story Location: 1423 Brassie, Flossmoor IL 60422** | | **156,000.00** (800,000.00 secured) (664,887.00 senior lien) |
| **Ocwen** P.O. Box 6440 Coral Sream, IL 60197-6440 | **Ocwen** P.O. Box 6440 Coral Sream, IL 60197-6440 | **Home Mortgage 2nd This mort. has been sold to MTGLQ PO Box 24737 West Palm Beach, Fl. 33416 (800) 746-2936** | | **156,000.00** (0.00 secured) |
| **Peoples Gas** Chicago, IL 60687-0001 | **Peoples Gas** Chicago, IL 60687-0001 | **Utility Bill Gas for 5656-58 S. King DR.** | | **1,600.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Randall M. Smith**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Toyota Financial Services**<br>**19001 S. Western Avenue**<br>**Torrance, CA 90501** | **Toyota Financial Services**<br>**19001 S. Western Avenue**<br>**Torrance, CA 90501** | **Lexus 570 - 2009 - 25,000 miles**<br>**Location: 1423 Brassie, Flossmoor IL 60422** | | **83,662.00**<br><br>**(0.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Randall M. Smith**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 15, 2011**    Signature **/s/ Randall M. Smith**  
**Randall M. Smith**  
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Arnold Scott Harris,PC
222 Merchandise Mart Plaza Suit 1932
Chi, IL 60680


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


Bank of America
PO Box 25118
Tampa, FL 33622-5118


Bank Of America
www.fiacards.com
Chi, IL 60601


Bank Of America
PO Box 17054
Wilmington, DE 19850


Bank Of America
Po Box 17054
Wilmington, DE 19850


Chicago Streets & Sanitation
City Hall room 107A
121 North Lasalle st
Chicago, IL 60602


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


City Ntl Bk
Attn: Bankruptcy
Po Box 785057
Orlando, FL 32878


City of Calumet City
204 Pulaski Road P.O. Box 1519
Calumet City, IL 60409

```
City of Calumet City
Calumet city, IL 60609



City Of Chi Water dept.
State Street
Chicago, IL 60601


City of Chi. Streets and Sanitation
121 North LaSalle Street
Room 700
Chicago, IL 60602


City of Chic/Dep. of Adm. Hearings
400 West Superior Street
Chicago, IL 60654-3409


City of Chic/Dep. of Adm. Hearings
400 West Superior Street
Chicago, IL 60654-3409


City of Chic/Dep. of Adm. Hearings
400 West Superior Street
Chicago, IL 60654-3409


City of Chicago
Daily Center
www.cityofchicago.org/revenue
Chi, IL 60601


City of Chicago
118 N. Clark Street
Chicago, IL 60602


City of Chicago Dep. Of rev.
118 North Clark Street
Chicago, IL 60602


City Of Chicago Water Dept.
333 S. State Street
Suite LL10
Chicago, IL 60602
```

```
Commonwealth Edison Co.
PO Box 805398
Chicago, IL 60680-5398


Commonwealth Edison Co.
PO Box 805398
Chicago, IL 60680-5398


Commonwealth Edison Co.
PO Box 805398
Chicago, IL 60680-5398


Cook county treasurer
Chase Bank
Chi, IL 60601


Cook county treasurer
118 North Clark Street
Suite 112
Chicago, IL 60602


Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602


Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602


Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602


Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602


Ford Motor Credit Corporation
National Bankruptcy Service Center
Po Box 537901
Livonia, MI 48153
```

Green Tree Servicing L
Po Box 6172
Rapid City, SD 57709


Heller and Frisone, LTD.
33 North lasalle St. Suite 1200
Chicago, IL 60602


LNV Corp.
15770
Dallas, TX 75248


Macys
111 S. State Street
Chicago, IL 60601


Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040


Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040


Markoff & Kraskny
www.markoffkransnylaw.com.
CHi, IL 60601


Municipal Collection Serv Inc.
PO  Box 327
Palos Heights, IL 60463


Municipal Collection Serv Inc.
PO Box 327
Palos Heights, IL 60463-0327


Municipal Collection Serv Inc.
Palos Heights, IL 60422-1813


NCO Fin.
600 Holiday Dr., suite 30
Matteson, IL 60443

```
Northwestern Internist. LTD.
676 N. ST Clair, # 415
Chicago, IL 60611


Ocwen
P.O. Box 6440
Coral Sream, IL 60197-6440


Ocwen
P.O. Box 6440
Coral Sream, IL 60197-6440


Palisades Collection
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438


Palisades Collection
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438


Palisades Collection
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438


Peoples Gas
Chicago, IL 60687-0001


Peoples Gas
Chicago, IL 60687-0001


Residential Credit Slt
4282 North Fwy
Fort Worth, TX 76137


Toyota Financial Services
19001 S. Western Avenue
Torrance, CA 90501
```

```
US Bank
PO BOX 790386
St. Louis, MO 63179-0386


Various
```